(135 So. 600)

### Claud MILNER v. STATE.
### 5 Div. 98.

Supreme Court of Alabama.
June 27, 1931.

Jas. W. Strother, of Dadeville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, J.

Petition of Claud Milner for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Milner v. State, 135 So. 599.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.